WILLIAM C. SHIRLEY

*v.*

ENOCH HOWARD,

and

SAME

*v.*

CORYDON WEED *et al.*

ASSIGNEE *before maturity—subject to what defenses.*   It is no defense to an action upon a promissory note, by the assignee against the maker, that the consideration of the note, between the maker and the payee, was a wager on the result of the presidential election, where the assignee received the note in good faith, for a valuable consideration, before maturity.

APPEALS from the Circuit Court of Sangamon county; the Hon. BENJAMIN S. EDWARDS, Judge, presiding.

The opinion gives a sufficient statement of these cases.

Messrs. ROBINSON, KNAPP & SHUTT, for the appellant.

Messrs. HAY, GREENE & LITTLER, for the appellees.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

Both of these cases were actions upon promissory notes, brought by the endorsee against the maker.    The only defense

was, that the consideration of the notes was a wager on the last presidential election. It was held in *Adams* v. *Wooldridge,* 3 Scam. 255, that this was not a good defense against an assignee, taking the note in good faith, for a valuable consideration, before maturity. We see no reason for disregarding that authority.

*Judgment affirmed.*